# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG M. RICKETTS, AN INDIVIDUAL,
Appellant,
vs.
JON R. HUGHES, AN INDIVIDUAL,
Respondent.

No. 80912

**FILED**

APR 29 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was docketed on April 2, 2020, without payment of the requisite filing fee. That same day, a notice issued directing appellant to pay the filing fee within 10 days or the appeal will be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed.

It is so ORDERED.

___Pickering___, C.J.

cc: Hon. Kenneth C. Cory, District Judge
Craig M. Ricketts
Humphrey Law PLLC
Eighth District Court Clerk

20-16268